IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ELEANOR ROBIN BELL-FLOWERS,

    Plaintiff,

v.                         No. 04-3026 B

PROGRESSIVE INSURANCE COMPANY,

    Defendant.

## ORDER OF REFERENCE

Before the Court is the motion of the Defendant, Progressive Insurance Company, to dismiss the Plaintiff's complaint pursuant to Rule 37 of the Federal Rules of Civil Procedure. The motion is hereby referred to the United States Magistrate Judge for disposition and/or report and recommendation. Any exceptions to the magistrate judge's report and/or order shall be made in writing within ten (10) days after service of the report and/or order, setting forth particularly those portions of the report and/or order excepted to and the reasons for the exceptions. See 28 U.S.C. § 636(b)(1).

IT IS SO ORDERED this 15th day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-15-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-03026 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Steven W. Likens
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Eleanor Robin Bell-Flowers
3391 Adeline St.
Memphis, TN 38118

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Honorable J. Breen
US DISTRICT COURT