FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 DEC 28 PM 5:02

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

ELEANOR ROBIN BELL-FLOWERS,

    Plaintiffs,

v.                                                            No. 04-3026-B/P

PROGRESSIVE INSURANCE COMPANY,

    Defendant.

## ORDER OF REFERENCE

    Before the court is Defendant's Motion to Dismiss due to Plaintiff's Failure to Appear at Deposition or Respond to Interrogatories and Document Requests filed on December 27, 2005.

    This matter is hereby referred to the United States Magistrate Judge for determination and/or a report and recommendation. Any objections to the magistrate judge's order and/or report and recommendation shall be made within ten (10) days after service of the order/report, setting forth particularly those portions of the order/report objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's report will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

    **IT IS SO ORDERED** this 28th day of December, 2005.

                                                J. DANIEL BREEN
                                                UNITED STATES DISTRICT JUDGE



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CV-03026 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Eleanor Robin Bell-Flowers
3391 Adeline St.
Memphis, TN 38118

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Steven W. Likens
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Honorable J. Breen
US DISTRICT COURT